RUTHERFORD CONTROLS INT'L CORP., a Canadian Corporation and Rutherford Controls Int'l Corp., a Virginia Corporation, Plaintiffs–Appellants,

v.

VANGUARD SECURITY ENGINEERING CORP., LTD., Defendant,

and

Security Door Controls, Inc., Defendant–Appellee.

No. 2010–1113.

United States Court of Appeals, Federal Circuit.

July 14, 2010.

William C. Bergmann, Baker & Hostetler LLP, of Washington, DC, argued for plaintiffs-appellants. With him on the brief were Mark H. Tidman and A. Neal Seth.

Stephen E. Noona, Kaufman & Canoles, P.C., of Norfolk, VA, argued for defendant-appellee. Of counsel on the brief was Jaye G. Heybl, Koppel, Patrick, Heybl & Dawson, of Westlake Village, CA.

PROST, MAYER, and SCHALL, Circuit Judges%.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**